# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-15-00639-CV

---

### C. Y., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY,
### NO. 14-1203, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on October 12, 2015. By request to this Court dated October 12, 2015, Sandra Jackson requested an extension of 10 days.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Sandra Jackson is hereby ordered to file the reporter's record in this case on or before October 22, 2015. If the record is not filed by that date, Jackson may be required to show cause why she should not be held in contempt of court.

It is ordered on October 13, 2015.

Before Justices Puryear, Goodwin and Bourland